# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153483(82)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CRAIG L. LAMIMAN and
MARY ALICE LeDUC,
      Plaintiffs-Appellants,

v

BANK OF NEW YORK MELLON
TRUST COMPANY, N.A., f/k/a BANK
OF NEW YORK TRUST COMPANY,
N.A., JPMORGAN CHASE BANK, N.A.,
TROTT & TROTT, P.C., and
RESIDENTIAL FUNDING COMPANY,
      Defendants-Appellees.

SC: 153483
COA: 322974
Oakland CC: 2013-133246-CH

_____/

On order of the Court, the motion for reconsideration of this Court's September 27, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

p0227